■ TARBELL ROAD REALTY, INC., et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 39680.) — Same decision as in case of *Midcourt Bldrs. Corp.* v. *State of New York* (24 A D 2d 532), decided herewith. (Appeal from judgment of Court of Claims for claimants in an action for damages for permanent appropriation of realty-easement.) Present — Williams, P. J., Bastow, Goldman and Henry, JJ.